THOMAS DORAN, Respondent, *v.* THE FRANKLIN FIRE INSURANCE COMPANY, Appellant.

(Argued May 7, 1883; decided June 5, 1883.)

*Everett P. Wheeler* for appellant.

*Amasa J. Parker* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.